IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PAUL MICHAEL WEEKS                                                                                      PLAINTIFF

v.                                          Case No. 6:24-cv-06139

ARKANSAS DIVISION OF CORRECTION;
WARDEN JARED BYERS; MARSHALL
DALE REED; and ARKANSAS BOARD
OF CORRECTIONS                                                                                        DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed January 29, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 15). Judge Ford recommends that Plaintiff's Complaint be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders, and for failure to prosecute this case.

No party has responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 15) *in toto*. Accordingly, the Court finds that Plaintiff's Complaint (ECF No. 2) should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Local Rules and Orders, and for failure to prosecute this case.

**IT IS SO ORDERED**, this 5th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge